# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CHARLES PATRICK WILSON,

     Plaintiff,

v.

                                         No. 24-cv-00265-JCH-KRS

BOARD OF COUNTY COMMISSIONERS of
San Juan County, d/b/a San Juan County
Detention Center, et al.,

     Defendants.

## ORDER TO CURE DEFICIENCY

     This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) (Motion).   The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2).   Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order.   All filings should include the case number (No. 24-cv-00265-JCH-KRS) and be labeled as legal mail.   The failure to timely comply with this Order may result in dismissal without further notice.

     **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE